**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 17-cv-24127-DPG**

NLG, LLC,

    Defendant/Appellant

v.

SELECTIVE ADVISORS GROUP, LLC, and
LIZA HAZAN a/k/a ELIZABETH HAZAN,

    Plaintiffs/Appellees

                                      /

## APPELLANT NLG LLC'S MOTION TO RESCHEDULE STATUS CONFERENCE

NLG, LLC ("NLG"), through undersigned counsel, files this Motion to Reschedule Status Conference currently scheduled for April 11, 2018 at 10:00 a.m., and respectfully states:

1. Undersigned counsel will be travelling to North Carolina on April 11, 2018 at 10:00 a.m.

2. Although the court stated that we could appear telephonically, as undersigned counsel will be traveling over highways that may have limited cellphone reception.

3. Given the importance of this matter and the fact that he would like to explain certain matters that have occurred since the last hearing, he would prefer to appear in person.

4. Undersigned counsel will be back in Miami by April 17, 2018.

5. Attorney for Selective Advisors has objected to this request.

**WHEREFORE**, for the reasons stated, NLG respectfully requests that the Court reschedule the status conference scheduled for April 11, 2018 to a date on or after April 17, 2018.

    Dated: April 5, 2018.

## CERTIFICATION PURSUANT TO LOCAL RULE 2090-1(A)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rules 2090-1(A).

>JUAN RAMIREZ, JR.
>ADR Miami LLC
>1172 So. Dixie Hwy. #341
>Coral Gables, FL  44146
>(305) 667-6609
>__/s/ Juan Ramirez, Jr. ___
>Juan Ramirez, Jr.
>(Florida Bar No. 201952)
>jr@adrmiami.com
>*Counsel for Appellant NLG, LLC a Delaware LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email or U.S. Mail to the parties on the attached service list as indicated on this 5th day of April, 2018.

>__/s/ Juan Ramirez, Jr. ___
>Juan Ramirez, Jr.

## SERVICE LIST

**Via CM/ECF/Email**

Joe M. Grant, Esq. on behalf of Plaintiff Selective Advisors Group, LLC
jgrant@msglaw.com, efile@msglaw.com; mg197ecfbox@gmail.com;sleary@msglaw.com

David W. Langley on behalf of Plaintiff and Counter-Defendant Liza Hazan
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

Juan Ramirez, Jr. Esq. on behalf of Defendant and Counter-Claim Plaintiff NLG, LLC

**Via U.S. Mail**

Selective Advisors Group, LLC

c/o Marshall Socarras Grant, P.L.
197 S. Federal Highway
Suite 200
Boca Raton, FL 33432

Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Fisher Island, FL 33109