**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 17-cv-24127-DPG**

NLG, LLC,

    Defendant/Appellant

v.

SELECTIVE ADVISORS GROUP, LLC, and
LIZA HAZAN a/k/a ELIZABETH HAZAN,

    Plaintiffs/Appellees
_____/

## NOTICE OF FILING

Appellant NLG, LLC ("NLG"), through undersigned counsel, gives notice of filing of the following documents:

> Motion to Quash Service of Process filed by Elizabeth Hazan
> Case Name: *JP Morgan Chase Bank NA v. Elizabeth Hazan et. al.*
> Case Number: 2013-025902-CA-01

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rules 2090-1(A).

    Respectfully submitted,

**Attorneys for Appellant NLG, LLC**

| | |
|---|---|
| Juan Ramirez, Jr. | Astrid E. Gabbe |
| ADR Miami, LLC | The Law Office of Astrid E. Gabbe, P.A. |
| Florida Bar No. 201952 | Florida Bar No. 635383 |
| ADR Miami LLC | P.O. Box 4216 |
| 1172 S. Dixie Hwy. #341 | Hollywood, FL 33083 |
| Coral Gables, FL 33146 | Tel. (954) 303-9882 |
| (305) 667-6609 | Fax. (954) 983-1427 |
| jr@adrmiami.com | astridgabbe@gmail.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email or U.S. Mail to the parties on the attached service list as indicated on this 24th day of September 2018.

/s/ Astrid E. Gabbe
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com
*Attorneys for NLG, LLC*

## SERVICE LIST

**Via CM/ECF/Email**

Joe M. Grant, Esq. on behalf of Selective Advisors Group, LLC
jgrant@msglaw.com, efile@msglaw.com; mg197ecfbox@gmail.com;sleary@msglaw.com

David W. Langley on behalf of Liza Hazan
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

Juan Ramirez, Jr. Esq. on behalf of Defendant and Counter-Claim Plaintiff NLG, LLC

Joel M. Aresty, Esq. on behalf Liza Hazan
aresty@mac.com

Chad Philip Pugatch on behalf of Liza Hazan
cpugatch@rprslaw.com, cpugatch.ecf@rprslaw.com

Daniel A. Bushell on behalf of Appellees
dan@bushellappellatelaw.com, eavila@bermandevalerio.com

Filing # 69936576 E-Filed 03/28/2018 02:55:10 PM

                                              IN THE CIRCUIT COURT OF THE
                                              11th JUDICIAL CIRCUIT IN AND
                                              FOR
                                              MIAMI-DADE COUNTY, FLORIDA

JPMORGAN CHASE BANK N A
       Plaintiff,
v.                                                  CASE NO.: 2013-025902-CA-01

ELIZABETH HAZAN, et al.,
       Defendants.
       _____/

## NOTICE OF LIMITED APPEARANCE TO REPRESENT DEFENDANT, ELIZABETH HAZAN, ON MOTION TO QUASH SERVICE
## AND
## MOTION TO QUASH SERVICE

       The undersigned attorney hereby files this Notice of Limited Appearance on behalf of Defendant, Elizabeth Hazan, specifically to represent Defendant on a Motion to Quash Service, and moves to quash service of process, and says:

### Motion to Quash

       1.     Defendant Hazan was not properly served with the Summons and Complaint in this case. A recently filed Return of Service in inaccurate.

       2.     Plaintiff has made multiple bizarre attempts to serve Ms. Hazan, including serving an unrelated individual with the same last name in California, and now this attempt.

       3.     In the most recent attempt an individual attempted to interrupt a privileged conference Ms. Hazan was having with the undersigned attorney following a court appearance.

4. This individual appeared with two armed police officers and acted in a very aggressive manner, confronting the undersigned as I attempted to discuss a legal matter with my client, causing unnecessary stress and embarrassment to Ms. Hazan.

5. Counsel stood between the individual and Ms. Hazan and asked the police officers and the individual to leave, which they did. No process was served. No papers were left with Ms. Hazan. See the attached Declaration of Elizabeth Hazan.

6. Defendant was not personally served in this action and the Return of Service should be stricken.

WHEREFORE, Defendant, Elizabeth Hazan, respectfully requests the Court quash service of process in this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that a true copy of the above document was filed electronically and served electronically and by mail to all interested parties on attached service list on this 28th day of March, 2018.

LAW OFFICES OF DAVID W. LANGLEY
*Attorney for Defendant*
8551 W. Sunrise Blvd., Suite 303
Plantation, Florida 33322
Telephone: 954-356-0450
Facsimile: 954-356-0451
E-mail: dave@flalawyer.com

By: */s/ David W. Langley*
David W. Langley, Esq.

David W. Langley, Esq.
Florida Bar Number 348279

NLG, LLC, c/o First State Corporate Service, Inc., 111B South Governers Ave, Dover, DE 19904

6913 Valencia, LLC, c/o Michael W. Simon, R.A., 3839 Northwest Boca Raton Blvd, 100, Boca, Raton, FL 33431

Western National Life Insurance Company f/k/a AIG Annuity Insurance Company, c/o Chief Financial Officer, 200 East Gaines Street, Tallahassee, FL 32399

cc: Juan Ramirez, Esq., Jr., Diaz, Reus, Targ, LLP, 3400 Miami Tower, 100 Southeast 2nd Street, Miami, FL 33131

cc: Gian Ratnapala, Esq., Peytonbolin, 3343 W Commercial Blvd., Suite 100, Fort Lauderdale, FL 33309

cc: NLG, LLC, c/o A Registered Agent, Inc., 8 The Green, Suite A, Dover, DE 19901

cc: Robert Lithman, Esq., 18001 Old Cutler Road, Suite 600, Palmetto Bay, FL 33157

cc: Jeremy Evans, Esq., Aaron Schantz Bailey P.A., 100 SE 2nd Street, 27th Floor, Miami, FL 33131

Elizabeth Hazan a/k/a Liza Hazan, 6913 Valencia Drive Fisher Island Miami FL 33109

Fisher Island Community Association, Inc., c/o Gian Ratnapala, Esq., gian@peytonbolin.com & bankforeclosure@peytonbolin.com

Valencia Estates Homeowners' Association, Inc., c/o Jonathan S. Goldstein, Esq., jgoldstein@dhaberlaw.com & dbhpaservice@dhaberlaw.com

cc: Juan Ramirez, Esq., Jr., Diaz, Reus, Targ, LLP, jramirez@diazreus.com

cc: Robert Lithman, Esq., rpl@lithmanlaw.com

cc: Jeremy Evans, Esq., Aaronson Schantz Beiley P.A., gaaronson@aspalaw.com & jevans@aspalaw.com & jrodriguez@aspalaw.com

Robin Reyes, Esq., Shapiro, Fishman &Gache, LLP, 2424 North Federal Highway, Ste 360, Boca Raton, FL, 33431

Robin Reyes, Esq., SFGBocaService@logs.com & roreyes@logs.com

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

JPMORGAN CHASE BANK N A
Plaintiff,
v.

CASE NO.: 2013-025902-CA-01

ELIZABETH HAZAN, et al.,
Defendants.

## DECLARATION OF ELIZABETH HAZAN IN SUPPORT OF MOTION TO QUASH SERVICE

I, Elizabeth Hazan, under penalty of perjury under the laws of the Florida, state:

1. I am over the age of 18, and am familiar with this matter and the facts stated herein from personal knowledge.

2. Plaintiff has made multiple bizarre attempts to serve me in this case, including serving someone with the same last name who resides in California who is no relation to me and is not known by me.

3. Recently a very aggressive individual approached me while I was in a conference with my attorney following a court appearance. The individual approached me as if to do me

harm. My attorney intervened and stood between me and that individual.

4. I was not given any papers or served with any process. My attorney asked the individual to leave and he did.

5. No papers were left for me and I am not in possession of any papers from this individual.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

                                                                Elizabeth Hazan