UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

NLG, LLC,　　　　　　　　　　　　　　　　　　Case No. 17-cv-24127-DPG

　　　　Appellant,

v.

LIZA HAZAN a/k/a ELIZABETH HAZAN
and SELECTIVE ADVISORS GROUP, LLC,

　　　　Appellees.
_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

　　　　David W. Langley, Esq. and the Law Firm David W. Langley, as counsel of record for the Appellee, Liza Hazan, and Joel M. Aresty, Esq of the law firm of Joel M. Aresty, P.A., stipulate and agree to the substitution of record of Joel M. Aresty, Esq. and Joel M. Aresty, P.A. as counsel of record for Appellee, Liza Hazan,.  All future pleadings, correspondence, and other paper directed to Appellee's counsel in this matter should be directed to: Joel Aresty

| | |
|---|---|
| DAVID W. LANGLEY | JOEL M. ARESTY, P.A. |
| 8551 W Sunrise Blvd Ste 303 | 309 1st Ave S |
| Plantation, FL  33322-4007 | Tierra Verde, FL 33715 |
| Tel: (954) 356-0450 | Tel: (305) 899-9876 |
| Fax: (954) 356-0451 | fax 800-559-1870 |
| By *C/C*:David W. Langley, Esq. | |
| 　　Florida Bar No. 348279 | By:  C/C: Joel M. Aresty, Esq |
| 　　dave@flalawyer.com | 　　　Florida Bar No. 197483 |
| | 　　　Aresty@Mac.com |